Timothy B. DeSieno
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

-and-

Sabin Willett
Julia Frost-Davies
Christopher L. Carter
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
(617) 951-8000

*Counsel to Trinity Investments Limited, Procella Holdings, L.P., Yellow Crane Holdings, L.L.C., Red Pines LLC, Honero Fund I, LLC, MCHA Holdings, LLC, ARAG-T Limited, ARAG-V Limited, ARAG-O Limited and ARAG-A Limited*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Trinity Investments Limited, Procella Holdings, L.P., Yellow Crane Holdings, L.L.C., Red Pines LLC, Honero Fund I, LLC, MCHA Holdings, LLC, ARAG-T Limited, ARAG-V Limited, ARAG-O Limited and ARAG-A Limited, : : : : | |
| Plaintiffs, : | CIVIL ACTION NO. 14-09095 |
| v. : | |
| The Republic of Argentina, : | |
| Defendant. : | |

**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the Declaration of Timothy B. DeSieno In Support of Plaintiffs' Motion for Leave to Amend Complaint, the Plaintiffs in the above-captioned case will move before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl St., New York, NY 10007-1312, at a date and time to be determined by the Court, for an Order granting Plaintiffs' Motion for Leave to Amend Complaint, pursuant to the Federal Rule of Civil Procedure 15, and for such other relief as the court deems just and proper; and

**NOTICE IS FURTHER GIVEN**, that Argentina's response to this Motion, if any, shall be served within fourteen (14) days after service hereof, on counsel for Plaintiffs: Timothy B. DeSieno, Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178; as well as Sabin Willett, Julia Frost-Davies, and Christopher L. Carter, Morgan, Lewis & Bockius LLP, One Federal Street, Boston, MA 02110.

Dated: May 22, 2015
New York, New York

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Timothy B. DeSieno
Timothy B. DeSieno
101 Park Avenue
New York, NY 10178
(212) 309-6000

-and-

Sabin Willett
Julia Frost-Davies
Christopher L. Carter
One Federal Street
Boston, MA 02110
(617) 951-8000

*Counsel to Plaintiffs*